
**DISTRICT COURT OF GUAM**
**FOR THE**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00061-002 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **REQUEST FOR RELEASE OF PASSPORT** |
| ) | |
| BEATRICE TERESA E. SABLAN ) | |
| ) | |
| Defendant. ) | |

COMES NOW, U.S. Probation Officer Robert I. Carreon, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 11th day of August 2005.

ROBERT I. CARREON
U.S. Probation Officer

ORIGINAL