FILED
DISTRICT COURT OF GUAM
AUG 12 2005 
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**FOR THE**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00061-002 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BEATRICE TERESA E. SABLAN | ) | |
| Defendant. | ) | |

IT IS SO ORDERED this 12th day of August 2005, that the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Beatrice Teresa E. Sablan.

8/12/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge


AUG 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL